UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KARISMA GARCIA,

Plaintiff,

v.

STATE OF NEVADA et al.,

Defendants.

Case No. 2:17-cv-00510-GMN-PAL

ORDER

**I.     DISCUSSION**

The Court previously issued a screening order in this prisoner civil rights case and referred the case to the inmate early mediation program. (ECF Nos. 4, 7). The parties did not reach a settlement during mediation. (ECF Nos. 10, 11). Plaintiff now files a motion for voluntary dismissal which Defendants do not oppose. (ECF Nos. 12, 13).

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 12) is granted.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS  25  day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court